# United States District Court

| CENTRAL | DISTRICT OF | CALIFORNIA |

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

**SEIZURE WARRANT**

All funds available 30 days after receipt of final payment and held on deposit with AmWest Funding Corp. for the benefit of Susanna Mkrtchyan, consisting of the net proceeds of the sale of the real property located at 5141 Genesta Avenue in Encino California

**CASE NUMBER:** 2:22-MJ-2947

TO the Federal Bureau of Investigation and any Authorized Officer of the United States, Affidavit(s) having been made before me by Special Agent Justin Palmerton who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized):

All funds available 30 days after receipt of final payment and held on deposit with AmWest Funding Corp. for the benefit of Susanna Mkrtchyan, consisting of the net proceeds of the sale of the real property located at 5141 Genesta Avenue in Encino California

subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(C) and (b)(2), and 984.

concerning a violation of Title 18 United States Code, Section(s) 1014, 1028, 1028A.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

Amwest Funding Corporation is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent(s) serving the warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

July 29, 2022 1:03 p.m.
**Date and Time Issued**

Los Angeles, California
**City and State**

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*Alicia G. Rosenberg*
**Signature of Judicial Officer**

AUSA Dan G. Boyle; ga

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 7/29/2022 | DATE AND TIME WARRANT EXECUTED 8/1/2022 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Justin Fong |

INVENTORY MADE IN THE PRESENCE OF
N/A

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT
N/A no property or proceeds were available to be seized.

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 5/17/2023

*Justin Palmerton*
*Executing Officer's Signature*

Justin Palmerton, Special Agent
*Printed Name and Title*